COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:    Maxine Adams and Cecil Adams v. Rebecca Ross

Appellate case number:    01-11-00552-CV

Trial court case number:    2010-12207

Trial court:    269th District Court of Harris County

Date motion filed:    August 29, 2013

Party filing motion:    Appellant Maxine Adams

It is ordered that appellant Maxine Adams' "Motion to Vacate Order" is **dismissed**. *See* TEX. R. APP. P. 49.5 (permitting additional motions for rehearing after first motion is ruled upon only when appellate court modifies judgment, vacates judgment and renders new judgment, or issues different opinion).

Judge's signature: /s/ <u>Harvey Brown</u>
                Acting for the Court

Panel consists of: Justices Jennings, Brown, and Huddle

Date: September 23, 2013